# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 39441**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Eric A. HYLER, Jr.**
Airman Basic (E-1), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 28 September 2018

————————————

*Military Judge:* Ryan A. Hendricks.

*Approved sentence:* Dishonorable discharge and confinement for 48 months. Sentence adjudged 20 December 2017 by GCM convened at Joint Base Langley-Eustis, Virginia.

*For Appellant:* Major Rodrigo M. Caruço, USAF; Captain Mark J. Schwartz, USAF.

*For Appellee:* Mary Ellen Payne, Esquire.

Before JOHNSON, DENNIS, and LEWIS, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court